## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 8/6/08 | INNOVATIVE STRATEGISTS INC. |
| SERVED | 8/6/08 1115 HRS. ~~1215 HRS~~ | 427 WASHINGTON ST. N.Y. NY APT. 7 |

**SERVED ON (PRINT NAME)**
MARISOL ESCOBAR

**FEES AND MILEAGE TENDERED TO WITNESS**
☐ YES  ☒ NO   AMOUNT $ _____

**SERVED BY (PRINT NAME)**
JAMES C. SOMMER

**TITLE**
INVESTIGATOR

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   8/6/08
DATE

*[signature]* James C. Sommer
SIGNATURE OF SERVER

P.O. Box 35 SMITHTOWN, N.Y.
ADDRESS OF SERVER

**ADDITIONAL INFORMATION**