UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DAVID WALDMAN and
DIANE WALDMAN,

                Plaintiffs,

- against -

MARISOL ESCOBAR,

                Defendant.
-------------------------------------------------------------x

**ORDER**

08 Civ. 6405 (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/09

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the telephone conference held earlier today, it is hereby ORDERED that all fact discovery shall be completed by July 14, 2009. A further telephone conference shall be held on July 7, 2009, at 2 p.m. Counsel for plaintiffs should initiate the conference by calling Chambers at (212) 805-6727.

       SO ORDERED.

Dated:    New York, New York
            April 13, 2009

                                                             FRANK MAAS
                                            United States Magistrate Judge

Copies to:

Vivian Shevitz, Esq.
Fax: (914) 763-2322

John B. Koegel, Esq.
The Koegel Group LLP
Fax: (212) 337-1103