UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DAVID WALDMAN and
DIANE WALDMAN,

                Plaintiffs,

    - against -

MARISOL ESCOBAR,

               Defendant.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09

**ORDER**

08 Civ. 6405 (FM)

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the telephone conference held earlier today, it is hereby ORDERED that by July 31, 2009, the parties shall submit to my Chambers letters detailing any outstanding discovery issues, and the defendant may submit a letter detailing the theory of her proposed motion for partial summary judgment. The parties may submit further letters responsive to these submissions by August 7, 2009.

    SO ORDERED.

Dated:    New York, New York
            July 7, 2009.

                                            _____
                                            FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Vivian Shevitz, Esq.
Fax: (914) 763-2322

John B. Koegel, Esq.
The Koegel Group LLP
Fax: (212) 337-1103